**Ralph J. SCHWARZ, Jr., Appellant,**

v.

**Sadatissa Vasantha DHANAPALA, Sunil Goonatilaka, Plaintiffs–Appellees,**

Warehouse on the Block, Inc., Video Distribution 1997, Ltd., Ezra Shemtob, Individually and as a Corporate Officer, Michael Weiss, Individually and as a Corporate Officer, Sami Shemtob, Individually and as a Corporate Officer, Isaac Schaf, Individually and as a Corporate Officer, Defendants–Appellees.

* The Honorable David G. Trager, United States District Court for the Eastern District of New

**No. 00–9280.**

United States Court of Appeals, Second Circuit.

June 20, 2001.

Ralph J. Schwarz, Jr. (deceased), New York, NY, for appellant.

Present McLAUGHLIN, LEVAL, Circuit Judges, and TRAGER, District Judge.*

### SUMMARY ORDER

The estate of Ralph J. Schwarz, Jr., substituting as appellant for Ralph J. Schwarz, Jr., appeals from a judgment imposing sanctions of $2,700 on Schwarz and on his clients. These sanctions were paid by Schwarz's clients, which have not appealed. Schwarz himself has since died. Accordingly, the appeal is probably moot. The record demonstrates, in any event, that the district court was justified in its imposition of the sanctions. We find appellant's other arguments to be without merit.

ON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the judgment of the District Court be and it hereby is AFFIRMED.